In the Matter of the Application of HERMANN E. GOLDSCHMIDT, Appellant, for a Peremptory Writ of Mandamus against LAMAR HARDY, as Corporation Counsel of the City of New York, Respondent.

*Matter of Goldschmidt* v. *Hardy*, 177 App. Div. 547, affirmed.

(Argued February 27, 1918; decided March 19, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

February 9, 1917, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the corporation counsel of the city of New York to execute a certificate to the effect that the relator was the prevailing party in a certain proceeding entitled " The People of the State of New York ex rel. Hermann E. Goldschmidt, Relator, against The Board of Education of the City of New York Defendant," and fixing the value of the services rendered by counsel in that proceeding. The certificate referred to was a prerequisite to an application to the board of estimate and apportionment for reimbursement of the applicant's counsel fees and disbursements in successfully contesting his title to an office or position in the department of education of the city of New York, and was required by the provisions of section 241 of the charter of New York city.

*Clarence U. Carruth, Charles R. Carruth* and *Charles J. Foltz* for appellant.

*William P. Burr, Corporation Counsel* (*Terence Farley* and *Charles McIntyre* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND and ANDREWS, JJ.